**Garland Andrew HORN, Plaintiff— Appellant,**

v.

**Sherry WILSON, Chief Resident Nurse; Mr. Ober, Doctor; Mr. Sheets, Doctor, Defendants—Appellees.**

No. 07–6830.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 28, 2007.

Garland Andrew Horn, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garland Andrew Horn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Horn v. Wilson,* No. 1:07–cv–00328–GBL (E.D. Va. filed May 3, 2007 & entered May 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*